UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
P.M.W.A. HAIR STYLIST INC.,

                             Plaintiff,                       23-cv-3449 (PKC)

        -against-                                ORDER


PMAW HAIR STYLING, LTD., et al.,

                             Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

          There will be a conference in this matter on March 11, 2025 at 11:00 a.m. in Courtroom 11D.  At the Conference, the Court anticipates setting a schedule for further proceedings in this action and hearing argument on the pending motion of the LeGunn Defendants.  A separate Order of today's date addresses the obligations of PLAINTIFF P.M.W.A. HAIR STYLIST INC. and THIRD-PARTY DEFENDANT WAI YEE ROONEY, A/K/A SUSAN ROONEY. In view of the Court's grant of the motion of Yuval H. Marcus and Lori L. Cooper to withdraw, the action is stayed until March 1, 2025.

          SO ORDERED.

                                   P. Kevin Castel
                                   United States District Judge

Dated: New York, New York
       February 5, 2025