

**McCarthy Fingar LLP**
Counselors at Law

711 Westchester Avenue, Suite 405
White Plains, New York 10604
Phone : 914-946-3700   Fax : 914-946-0134
E-mail : info@mccarthyfingar.com
Web :   www.mccarthyfingar.com

**Direct Dial: (914) 385-1025**
**E-mail: rrosh@mccarthyfingar.com**

> The application to adjourn the conference and argument from March 11 to March 12, 2025 at 11 am in Courtroom 11D of 500 Pearl St, NY, NY is granted on condition that counsel for the LeGunn defendants serve a copy of this Order on the two unrepresented parties and file an affidavit on the public docket within three business days confirming that they have done so. In all other respects the Order of February 5, 2025 (ECF 66) remains in full force and effect.
> SO ORDERED.
> Dated: 2/10/2025
>
> P. Kevin Castel
> United States District Judge

February 9, 2025

**VIA ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

      Re:    **P.M.W.A. Hair Stylist Inc. v. PMAW Hair Styling, Ltd.**
             **Civil Action No. 23 cv 3449 (PKC)**

Dear Judge Castel:

      This firm is counsel of record for Defendants, Vivien T. LeGunn, LLC and Vivien T. LeGunn.  By letter to the Court dated and filed on February 7, 2025 as Document No. 69, I request that the conference and oral argument scheduled herein on March 11, 2025, be adjourned due to a conflict in my schedule to either March 12, 13 or 14, 2025, or to such other date as the Court may direct.  Due, however, to a potential conflict in my schedule on March 13, I respectfully request that the conference and oral argument date be adjourned to either March 12 or 14, or to such other date as the Court may direct.

                                                          Respectfully submitted,

                                                            Robert H. Rosh

cc:  Michael Cornman, Esq. (via email)
      Peter Wessel, Esq. (via email)
      P.M.W.A. Hair Stylist Inc. (via email) (Swyrooney@aol.com)
      Wai Yee Rooney a/k/a Susan Rooney (via email) (Swyrooney@aol.com)

{01347225.docx.}