UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| P.M.W.A. HAIR STYLIST INC., <br><br> *Plaintiff,* <br><br> v. <br><br> PMAW HAIR STYLING, LTD., ADRIAN H. WOOD, VIVIEN T. LEGUNN, LLC, and VIVIEN T. LEGUNN <br><br> *Defendants* <br><br> PMAW HAIR STYLING, LTD. and ADRIAN H. WOOD, <br><br> *Counterclaim/Third-Party Plaintiffs,* <br><br> v. <br><br> P.M.W.A. HAIR STYLIST INC., <br><br> *Counterclaim-Defendant,* <br><br> and <br><br> WAI YEE ROONEY a/k/a SUSAN ROONEY, <br><br> *Third-Party Defendant* | 23-cv-03449 (PKC) <br><br> ORDER AND JUDGMENT |

The motion of Defendants and Counterclaim/Third-Party Plaintiffs PMAW Hair Styling, Ltd. and Adrian H. Wood (ECF 79) (the "Motion") asserts that "[a]fter two years of negotiations conducted by SDNY-appointed mediator Daniel Kolb, Esq., Defendants and Third-Party Plaintiffs PMAW and Mr. Wood, Plaintiff/Third-Party Defendant P.M.W.A. ("P.M.W.A."), Third-Party Defendant Wai Yee Rooney ("Ms. Rooney"), and non-party (to the instant action) Catch the Wave Inc. (collectively referred to as "the Parties") have finally reached a global settlement of all disputes between and among them." (Wessel Decl. ¶3.) Proper service of the Motion was made on all interested parties

1

(ECF 82) and no objection has been filed.

The Court is advised that the parties to the settlement consent to the dismissal of all claims in this action against Vivien T. Legunn and Vivien T. Legunn, LLC who were not parties to the settlement. Vivien T. Legunn and Vivien T. Legunn, LLC have consented to the Motion. (ECF 81.) Wai Yee Rooney a/k/a Sussan Rooney, on her own behalf and on behalf of P.M.W.A. Hair Stylist Inc. also consents to the Motion.

NOW, THEREFORE, the Court GRANTS the Motion and ORDERS, ADJUDGES AND DECREES that

1. Judgment is awarded in favor of Defendant/Counterclaim Plaintiff PMAW Hair Styling, Ltd., with respect to Count III of the Third-Party Complaint and, under the authority of 15 U.S.C. § 1119, the Director of the United States Patent and Trademark Office shall cancel Registration Number 4,297,583;
2. Judgment is awarded in favor of Defendant/Counterclaim Plaintiff PMAW Hair Styling, Ltd., with respect to Count IV of the Third-Party Complaint and the Court issues a declaratory judgment that PMAW Hair Styling, Ltd. is the only rightful owner of the contested mark PAUL MOLÉ;
3. All other claims asserted in this action against any party, including those set forth in the Second Amended Complaint, any Counterclaim or Third-Party claim are dismissed with prejudice and without costs;
4. Counsel for Defendant/Counterclaim Plaintiff PMAW Hair Styling, Ltd. shall serve this Order and Judgment on all parties; and
5. The Clerk shall terminate the Motion at ECF 79 and close the case.

SO ORDERED.

_P. Kevin Castel_
P. Kevin Castel
United States District Judge

Dated: New York, NY
May 6, 2025